United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Marcy Brooks, on behalf of herself and all others similarly situated, Plaintiffs,<br><br>v.<br><br>Ultra Enterprises Inc., Defendant. | Civil Action No. 20-22495-Civ-Scola |
| Samuel Hernandez and Richard Montoure, on behalf of themselves and all others similarly situated, Plaintiffs,<br><br>v.<br><br>Event Entertainment Group, Inc., Defendant. | Civil Action No. 20-22185-Civ-Scola |

### Order Consolidating Related Cases

After a review of the complaints in the above-captioned cases, the Court **grants** the Defendant's unopposed motions to consolidate the above-captioned cases (**ECF No. 11** in the *Brooks* case and **ECF No. 20** in the *Hernandez* case), finding both cases share common questions of both law and fact and should be consolidated for all purposes.

Accordingly, the Court **orders** as follows:

1. *Hernandez et al. v. Event Entertainment Group, Inc.* (Case No. 20-22185) is **consolidated** with the related, higher-numbered action, *Brooks v. Ultra Enterprises, Inc.* (Case No. 20-22495). All future filings in both actions must be submitted under case number **20-22495**.
2. The Clerk is directed to **administratively close** the lower-numbered case, *Hernandez et al. v. Event Entertainment Group, Inc.* (Case No. 20-22185) for statistical purposes. Further filings are not to be submitted under this case number.
3. Unless the parties present good cause for not doing so, the Plaintiffs must file a consolidated, amended complaint, in the consolidated 20-22495 case. This amended complaint may not be used as vehicle to add new plaintiffs, new defendants (not including the substitution of the proper defendant), or new claims. The Plaintiffs must file the amended complaint on or before **July 20, 2020**. The Defendant must thereafter

respond to the consolidated amended complaint on or before **July 27, 2020**.

**Done and ordered**, in Miami, Florida, on July 10, 2020.

                                                                                    _____  
                                                                                    Robert N. Scola, Jr.  
                                                                                  United States District Judge