# EXHIBIT A



TICKETS  LINEUP  TRANSPORT  INFO  SUSTAINABILITY  MEDIA  MORE  WORLDWIDE

CREATE MY ACCOUNT  /  SIGN IN



GA TICKETS ALMOST SOLD OUT!

99%

BUY NOW >

## Ticketing Terms and Conditions

**IF YOU DO NOT AGREE WITH ANY OF THE TERMS AND CONDITIONS AS SET FORTH IN THIS AGREEMENT, OR IF YOU DO NOT AGREE WITH, OR AGREE TO ASSUME THE ALLOCATION OF RISK TO YOU AS SET FORTH HEREUNDER, DO NOT PURCHASE A TICKET AND/OR ENTER THE EVENT.**

Any purchase, possession, or presentation of this ticket ("Ticket(s)") by you ("You," "Your" "Bearer" or "Holder" of this Ticket) constitutes your irrevocable acceptance of, and agreement to be bound by, these terms and conditions respecting the event ("Event"). **IF YOU DO NOT AGREE WITH ANY OF THE TERMS AND CONDITIONS AS SET FORTH IN THIS AGREEMENT, OR IF YOU DO NOT AGREE WITH, OR AGREE TO ASSUME THE ALLOCATION OF RISK TO YOU AS SET FORTH HEREUNDER, DO NOT PURCHASE A TICKET AND/OR ENTER THE EVENT.** You agree that EVENT ENTERTAINMENT GROUP, INC., ("Issuer," "We," "Our" or "Us") may modify, add, remove, supplement, amend, update or revise any of these terms and conditions, without advanced notification to You (collectively, "Revise" or "Revision(s)") by posting such Revisions on Issuer's website located at ultramusicfestival.com (the "Site") and which Revisions shall, at Issuer's option, relate back to the date of purchase. Your Ticket shall be deemed a revocable license issued for the sole purpose of accessing the venue where the Event is scheduled to occur (the "Venue") and for attending the Event (the "License"). Issuer may revoke the License at any time without additional notification or compensation to You, including denying You access to the Venue. Issuer assumes no legal, financial, or other liability whatsoever for any lost, stolen or destroyed Tickets. Upon delivery of Your Tickets, You assume 100% risk of loss relating to the Tickets. If You obtain Your Ticket(s) from any unauthorized source(s), You assume all risks associated with such Ticket(s), including that such Ticket(s) may have been reported lost or stolen or that such Ticket(s) may be counterfeit and in all cases, such Ticket(s) shall be voidable and dishonored by Issuer. The unlawful or prohibited resale or attempted resale of tickets is grounds for seizure of all or some of Your tickets and cancellation of this License without compensation to You. This Ticket may not be used for advertising, promotion (including contests and sweepstakes), or other trade purposes without the express written consent of Issuer. Issuer also reserves the right to investigate orders suspected to be in violation of these Ticketing Terms and Conditions and shall be the sole and final arbiter regarding violations or potential violations hereunder. Issuer may, in its sole discretion, cancel or relocate seating on an order for accessible seating that it believes to be fraudulent. Your Ticket is not redeemable for cash. Upon Event cancellation by Issuer, Issuer may in its sole and absolute discretion elect to either issue a full or partial refund, not issue any refunds, or reschedule the Event. Once Venue gates open, the Event, on that particular date, shall be deemed to have been delivered in its entirety and not subject to any refunds. Delayed Venue gate openings and Your inability to access any parts of the Venue or Event due to Federal, state, municipal or other code regulations, Issuer's policy(ies), weight load restrictions, emergency and/or partial or complete Event or stage shutdown or evacuation, performance or Event delays and inclement weather shall not entitle You to refunds or future credits. Upon the cancellation of the entire Event, including, but not limited to events not within Issuer's control, governmental acts, acts of

God, riots, production delays, strikes, natural disasters or inclement weather (regardless of severity), Issuer may, at its sole and absolute discretion, either, (a) issue You a full or partial refund or (b) postpone the Event for a future date and/or offer a comparable "make good." Under no circumstances shall You be entitled to any type of refund or exchange due or contributed to by weather or governmental acts. If Issuer elects to issue a refund, the Ticket purchaser of record shall be refunded an amount up to the face value of the Ticket(s) only. If Issuer elects to reschedule the Event for a future date, You shall not be entitled to a refund. Under no circumstances shall You be entitled to a refund of any shipping, handling or other processing fees. At all times prior to the Event, Issuer reserves all rights to cancel or postpone the Event or to change the Venue, artist lineup, times and dates of the Event, or other Event details without prior notice. Issuer shall not be responsible for any exchange rate losses to You during the order return process. ALL TICKET SALES ARE FINAL. THERE SHALL BE NO TICKET REFUNDS AND/OR TICKET EXCHANGES. This Event is "Rain or Shine" and is "Standing Room Only." As a condition to attend the Event, You represent and warrant that You are the "Minimum Age" or older. Minimum Age means 18 years of age or older on the date and time listed on the front of the Ticket. Valid government issued photo identification of You ("ID") WILL be required at entry in order to gain entry to the Venue. Bearer or Holder of any Ticket represents and warrants that the information provided on the ID presented by them is valid, true, and correct. Issuer reserves the right, without the obligation to refund any portion of the Ticket purchase price, to refuse entry to the venue to any person who is not 18 years of age on the date listed on the Ticket. Bearer or Holder of this Ticket hereby affirmatively knowingly and voluntarily consents to Issuer swiping their ID as presented by them to verify, collect, store and use such personal information for any lawful purpose (collectively "Swipe") including Your photo, legal name, date of birth, sex, address of record, telephone number and any other personal information obtained on Your ID. The Code of the City of Miami (the "Code") imposes a surcharge against paid admissions for events produced in City of Miami parks, including Marine Stadium and Historic Virginia Key Beach Park. The organizers of Ultra Music Festival are correspondingly required to collect the surcharge specified in the Code and remit such surcharges to the proper city authorities. In anticipation of an increase to the existing rate of the surcharge, we are collecting surcharges that exceed the amount currently set forth in the Code in anticipation of paying such excess surcharge over to the City. If the Code, however, is not amended to increase the rate of the surcharge, we reserve the right to elect to either retain the excess surcharge collected or to instead pay over the excess to the City (even though we may not be required by law to do so) but in no event shall the excess surcharge be refunded or returned to you. Furthermore, we collect the surcharge on all tickets that we sell. However, if a ticket is sold but not used to gain entry into the event, we reserve the right to elect to either retain the amount of the surcharge we collect in connection with the sale of such ticket or to instead elect to pay the surcharge for such ticket to the City but in no event shall collected surcharges or any portion thereof be refunded or returned to you. If you do not agree with these terms, do not purchase a ticket. By proceeding to purchase a ticket pursuant to the foregoing terms and conditions, you are expressly agreeing to waive any and all potential rights, claims or entitlements you may have respecting surcharge claims. You hereby assume any and all risks, whether or not expressly set forth herein, as well as any risks or dangers incidental, or in any way relating to the Event, including those arising from or relating to the acts or omissions of third parties (including Artists, Event attendees, Venue owners, operators, staff, employees or agents; or Event organizer, its affiliates, subsidiaries, officers, directors, employees, members, partners, agents or designees) including risk of loss or damage to Your personal property and risks of personal injury. Issuer and its respective Indemnitees (as later below), designees, successors or assigns shall not be held responsible, financially or otherwise, for any personal property that is left, lost, stolen, destroyed, confiscated, damaged or misplaced anywhere in the Venue or at Venue access/entry points, for personal injuries sustained by You relating to or arising from extremely loud sounds and special effects, such as flashing lights, rapidly changing or alternating images, the use of fog, haze or smoke with theatrical stage lighting, laser projections, strobe lights and fireworks, whether such injuries or manifestation of those injuries occur during or subsequent to the Event. You hereby agree to defend, covenant not to sue, indemnify, save and hold harmless and forever release, Issuer, EVENT ENTERTAINMENT GROUP, INC., Ticketfreak, LLC, Ultra Enterprises Inc., Event organizers, sponsors, participants and artists, The City of Miami, Virginia Key Beach Park Trust, the U.S. Army Corps of Engineers and each of their respective subsidiaries, affiliates, officials, officers, directors, principals, members, employees, personnel, authorized agents, predecessors, assigns, successors, licensees and designees (collectively "Indemnitees") from any and all injuries (whether personal injuries, property damage or otherwise), demands, suits, costs and/or claims relating in any way to the Event. Issuer or its designee(s), successor(s), or assign(s) shall have the right to use, copy, sell, distribute, record, publish, republish print, display, publicly perform, transmit, create derivative

works or incorporate, translate or otherwise publicly use, for purposes of trade or for any commercial or advertising purpose or any use related to the distribution of visual, audio or audiovisual productions, including broadcast, re-broadcast, photographs, aerial footage, live stream or other reproduction, articles of merchandise or any other medium, whether now existing or hereinafter developed, Your name, image, portrait, photograph, voice and/or other likeness, without compensation or notification to or additional consent by You. You further acknowledge and agree that Issuer or its designee(s), successor(s) or assign(s) shall be the sole and exclusive owner of any such work in connection with the Venue or Event that contains Your image, voice and/or likeness. Issuer and the Venue maintain a zero tolerance policy regarding illegal or illicit drug use at the Event. You affirmatively, knowingly, intelligently and voluntarily consent to be searched by Issuer for the presence of illegal or illicit drugs, weapons and/or other prohibited items prior to or during Your presence at the Event or Venue. Issuer and the Venue maintain a zero tolerance policy regarding lewd and lascivious behavior or conduct, including disorderly or violent behavior or vulgar or violent language. You hereby acknowledge and agree that the discovery of any prohibited items or such lewd and lascivious behavior shall constitute a violation of Issuer's policies and shall correspondingly give Issuer the right to confiscate any such prohibited item(s) and/or correspondingly give Issuer the right to immediately revoke Your License to access the Venue and to deny You any future entry to the Event or Venue without any legal or financial liability to Issuer. Issuer shall, at all times, have the right to assign or delegate any or all of its rights, title and interests or duties hereunder without notification to, or consent by, You. You agree that these terms and conditions, as supplemented by the terms and conditions on the Site, including the Ticketing terms and conditions and prohibited items list, as amended from time to time by Issuer with or without notification to You, and those additional policies published at the Venue represent the entire agreement between You and the Issuer with respect to its subject matter hereof. You agree that any disputes arising from or relating to Your purchase of Tickets hereunder or any relationship or dispute between You and Issuer or You and any company or person employed by or which is affiliated with Issuer, (a "Dispute") shall only be resolved subject to FINAL AND BINDING ARBITRATION, and may only be resolved through an individual arbitration governed by the Federal Arbitration Act or by the applicable sections of the Florida Arbitration code. THE PARTIES TO THIS AGREEMENT GIVE UP THEIR RESPECTIVE RIGHTS TO GO TO COURT in connection with any Dispute and that such rights will be determined by a NEUTRAL ARBITRATOR; NOT A JUDGE OR JURY. NO PARTY TO WHICH THIS AGREEMENT APPLIES SHALL BRING OR PARTICIPATE IN ANY CLASS ACTION OR OTHER CLASS PROCEEDING, INCLUDING CLASS ARBITRATION, IN CONNECTION WITH ANY DISPUTE. The parties shall participate in non-binding mediation at least 30 days before commencing any arbitration (or taking any other action if applicable). If the parties are unable to resolve a Dispute by informal means, the arbitration of Disputes will be administered by the American Arbitration Association (AAA) in accordance with Commercial Arbitration Rules, and if deemed appropriate by the arbitrator, the Supplementary Procedures for Consumer-Related Disputes. Such arbitration will be conducted at the AAA office located in Miami, Florida. Any proceeding to enforce this arbitration agreement must be brought in the state court or, if jurisdiction permits, in the U.S. District Court in the Southern District of Florida with venue lying in Miami-Dade County. This Agreement shall be governed and construed in accordance with the laws of the state of Florida, notwithstanding any contrary choice-of-law principles, and all claims relating to or arising out of this Agreement or the breach thereof. In light of Your agreement to all the terms and conditions contained herein, You further agree, in conformity therewith that, in no event shall You commence a chargeback dispute with Your credit or debit card issuer relative to the Tickets or services purchased hereunder or regarding any amounts forfeited hereunder or similar charge reversal. You further agree that Issuer shall not have a legal obligation to mitigate any of its potential or actual losses sustained hereunder.





Don't have an account? Sign up to register for events, earn points, and more!

TICKETS ▼  LINEUP ▼  TRANSPORT  INFO ▼  SUSTAINABILITY ▼  MEDIA ▼  MORE  WORLDWIDE

Enter your email address to get started...

**GET STARTED** ▸

CREATE MY ACCOUNT  /  SIGN IN  



March 29, 30, 31 — 2019

Historic Virginia Key Beach Park
& Miami Marine Stadium

Miami, FL

Tickets
Activate
Set Times
Artists
Visual Art Lineup
Visual Art
Transport
Festival Guide
Hotels
Location & Hours
Security Policies
Health and Wellness
Sustainability
Site Map
VIP
Table Service
Lockers
Live Sets
Gallery
News
Help
Contact Us

Ultra Worldwide
Road to Ultra
RESISTANCE
UMF Films
UMF TV
UMF Radio

