# EXHIBIT A

<div style="text-align:center">

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-22495-RNS

</div>

SAMUEL HERNANDEZ, RICHARD
MONTOURE, and MARCY BROOKS, on behalf
of themselves and all others similarly situated,

                              Plaintiffs,

v.

EVENT ENTERTAINMENT GROUP, INC.,

                              Defendant.
_____/

<div style="text-align:center">

**DECLARATION OF JOSE TORRES**
**IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**

</div>

    I, Jose Torres, of full age, hereby declare as follows:

    1.    I am the Manager of Technology of Defendant, Event Entertainment Group, Inc. ("EEG") and make this declaration based on my personal knowledge of the facts and circumstances set forth herein. I am competent to testify to same.

    2.    I submit this declaration in support of EEG's Motion to Compel Arbitration in the above-captioned matter.

    3.    EEG produces an annual 3-day music festival in Miami under the name "Ultra Music Festival" (the "Event"). In 2020, EEG undertook efforts to produce that certain Event which was scheduled for March 20, 21 and 22, 2020 (the "2020 Event").

<div style="text-align:center">

**The 2020 Event**

</div>

    4.    EEG handled all production, marketing, promotional and ticketing components of the 2020 Event.

<div style="text-align:center">1</div>

5. EEG only offered tickets for the 2020 Event sale via an online platform and through its authorized third-party ticketing intermediary. EEG did not offer any tickets to the 2020 Event for sale via box office, or by third party resellers, etc.

6. The Ticketing Terms and Conditions for the 2020 Event (the "TT&C") expressly define EEG as the "Event Organizer" for the 2020 Event. *See* TT&C, attached as Exhibit 1.

7. The website page utilized by EEG's third-party ticketing intermediary during the checkout process to purchase 2020 Event tickets ("Purchase Page") required each prospective purchaser to first consent to the ticketing terms and conditions by checking a box that stated, "I [the purchaser] agree to the Ticketing Terms and Conditions" ("TT&C Box"). The TT&C Box was located on the Purchase Page below where the prospective purchaser had to enter their credit card information and above the button that allowed the prospective purchaser to complete the purchase for the 2020 Event.



8.      EEG made the TT&C available in two ways. First, purchasers of tickets to the 2020 Event could review the entire TT&C in a screen located on the Purchase Page directly above the TT&C Box. Additionally, the words "Ticketing Terms and Conditions" in the language of the TT&C Box were in a highlighted hyperlink that opened a new window that provided the entire TT&C on a larger screen.

3





ULTRA musicfestival
22 EDITION
March 20.21.22 2020
BAYFRONT PARK
MIAMI MUSIC WEEK
WMC
You have 5:54 left to complete your order.
If your order is not completed within this period, your ticket(s) will be released.
Billing / Shipping Information
For credit card verification, you must enter your billing address exactly as it appears on your credit card statement. This purchase requires that the billing and shipping address match. All items will be shipped to this address.
United States
Street Address*
Street Address 2
City*
---State*---
Postal Code*
Phone
Email address *
Credit Card Information
Cardholder Name
Card Number
MM / YY
CVC
process. ALL TICKET SALES ARE FINAL. THERE SHALL BE NO TICKET REFUNDS AND/OR TICKET EXCHANGES. This Event is "Rain or Shine" and is "Standing Room Only." 7. Assumption of Risk; Mitigation. a.
I agree to the Ticketing Terms and Conditions
I want to receive updates and information about product offerings for Ultra Music Festival.
Complete Order »
Cancel Order
© 2020 Ultra Enterprises Inc. All sales are final.
Support / Terms of Use / Terms and Conditions / Privacy

9. If the prospective purchaser did not consent to the ticketing terms by checking the TT&C Box, the prospective purchaser could not proceed to purchase any ticket for the 2020 Event. Instead, an error message would pop up stating, "! Please check this box if you want to proceed."



10. Plaintiffs, as purchasers of tickets to the 2020 Event, agreed to the entire TT&C.

11. The TT&C have not changed from the time the tickets to the 2020 Event first went on sale.

**City Directs EEG to Reschedule the 2020 Event**

12. On March 5 and 6, 2020, the City of Miami corresponded with EEG and directed EEG to reschedule the 2020 Event due to the COVID-19 pandemic ("City's Directives"). *See* City's Directives, attached as Composite Exhibit 2.

13. In compliance with the City's Directives, EEG notified purchasers of tickets to the 2020 Event: (a) that the 2020 Event was being rescheduled; (b) that all tickets purchased for the

6

2020 Event would remain valid and would be honored at either the 2021 or 2022 Event, at the purchaser's option; and (c) of purchaser's option to claim various additional benefits, including discounts on merchandise and free or discounted entry to other *Ultra* branded events.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 27, 2020            <u>*/s/ Jose Torres*</u>
                                JOSE TORRES

# EXHIBIT 1



TICKETS    LINEUP    TRAVEL    ABOUT    SUSTAINABILITY    MERCH    MEDIA    MORE    WORLDWIDE

⚠️ GA TICKETS **91%** SOLD OUT!    BUY NOW ›

CREATE MY ACCOUNT  /  LOG IN

# Ticketing Terms and Conditions

IF YOU DO NOT AGREE WITH ANY OF THE TERMS AND CONDITIONS AS SET FORTH IN THIS AGREEMENT, OR IF YOU DO NOT AGREE WITH, OR AGREE TO ASSUME THE ALLOCATION OF RISK TO YOU AS SET FORTH HEREUNDER, DO NOT PURCHASE A TICKET AND/OR ENTER THE EVENT.

1. **Future Changes to Terms and Conditions.** Bearer and/or Purchaser acknowledge and agree that EVENT ENTERTAINMENT GROUP, INC., ("Event Organizer") may modify, add, remove, supplement, amend, update or revise any of these terms and conditions, without advanced notification to Bearer or Purchaser (collectively, "Revise" or "Revision(s)") by posting such Revisions on Event Organizer's website, ultramusicfestival.com (the "Site"), which Revisions shall become effective immediately and, at Event Organizer's option, relate back to the date of purchase. For the purpose of this Agreement, "Bearer" shall mean the individual who will be presenting a valid ticket at the entrance gates for entry into the Venue, and "Purchaser" shall mean the individual who will be purchasing a valid Ticket for the Event.

2. **Data Collection.** Upon accessing and using the Site, Purchaser and Bearer acknowledge and agree that Event Organizer may automatically collect, store and use Purchaser and/or Bearer's information, including but not limited to, IP addresses, operating systems, referring web pages, locations, mobile carriers, devices used (i.e., cell phones, laptops, tablets, among others), search terms and cookie information (collectively, the "Derivative Data") to help Event Organizer diagnose problems and improve the Site for user experience. In order to purchase a Ticket(s), Purchaser acknowledges and agrees that Purchaser may be required to provide personal information such as, but not limited to, name, email address, mailing address, zip code, telephone number, date of birth, financial information, age verification and/or country of residence (collectively, the "Personal Information"). Purchaser acknowledges and agrees that Event Organizer may collect, store and use the Personal Information for legitimate business purposes, such as, but not limited to, processing Purchaser's payment, fulfilling Purchaser's order, updating Purchaser with its order status, shipping and tracking information, responding to customer service requests, providing updated information to Purchaser respecting the Event, among others. If Purchaser or Bearer does not agree with these terms and conditions, do not purchase a ticket and exit the Site.

3. **License.** The purchase of a valid ticket ("Ticket(s)") by the Purchaser and the presentation of a valid ticket by the Bearer constitutes Purchaser and/or Bearer's revocable license to enter the Ultra Music Festival 2020 event (the "Event") and to access

BUY TICKETS ›

Venue.

4. **Minimum Age.** As a condition to gain access to the Venue and attend the Event, Bearer represents and warrants that Bearer is 18 years of age or older on the date and time listed on the front of the Ticket. A valid government issued photo identification of Bearer ("ID") WILL be required at the Event gates in order to gain entry into the Venue. Bearer of Ticket(s) represents and warrants that the information provided on the ID presented by them is valid, true, and correct. Event Organizer reserves the right, without the obligation to refund any portion of the Ticket purchase price, to refuse entry to the Venue to any person who is not at least 18 years of age on the date listed on the Ticket. Additionally, as a condition to gain access to the Venue and attend the Event, Bearer of this Ticket hereby affirmatively, knowingly and voluntarily consents to Event Organizer swiping Bearer's ID at the Event gates to verify, collect, store and use such personal information for any lawful purpose (collectively "Swipe") including Bearer's photo, legal name, date of birth, sex, address of record, telephone number and any other personal information obtained on Bearer's ID.

5. **Fees.** Purchaser acknowledges and agrees that upon the purchase of a Ticket(s), Purchaser shall be obligated to pay the face value of the Ticket(s) in addition to, a facility fee, service charges, shipping and handling charges, and taxes which shall be collected by Event Organizer to offset the costs and expenses arising from, and/or relating to, the processing of the Ticket order, the Event and/or the Venue. By proceeding to purchase a ticket pursuant to the foregoing terms and conditions, Purchaser is expressly agreeing to waive any and all potential rights, claims or entitlements Purchaser may have respecting the above referenced fees. Purchaser further acknowledges and agrees, in conformity therewith that, in no event shall Purchaser commence a chargeback dispute with Purchaser's credit or debit card relative to the Ticket price, associated fees or services purchased hereunder, or regarding any amounts forfeited hereunder or similar charge reversal. If Purchaser does not agree with these terms and conditions, do not purchase a ticket.

6. **Refund Policy.** Bearer's Ticket is not redeemable for cash. Once Venue gates open, the Event, on that particular date, shall be deemed to have been delivered in its entirety and not subject to any refunds. Upon Event cancellation by Event Organizer, Event Organizer may, in its sole and absolute discretion, elect to either issue a full or partial refund to Purchaser, not issue any refunds, or reschedule the Event. Upon the cancellation of the entire Event, including, but not limited to events not within Event Organizer's control, governmental acts, acts of God, riots, production delays, strikes, natural disasters, inclement weather (regardless of severity), or inaccessibility or unavailability of the Venue, Event Organizer may, in its sole and absolute discretion elect to either, (a) issue Purchaser a full or partial refund, (b) postpone the Event for a future date and/or (c) offer Purchaser a comparable "make good." Delayed Venue gate openings and/or Bearer's inability to access any parts of the Venue or Event due to Federal, state, municipal or other code regulations, Event Organizer's policy(ies), emergency and/or partial or complete Event or stage shutdown or evacuation, performance or Event delays and inclement weather shall not entitle Purchaser (or Bearer as holder of the ticket) to refunds or future credits. Under no circumstances shall Purchaser (or Bearer as holder of the ticket) be entitled to any type of refund or exchange due to weather or governmental acts. If Event Organizer elects to issue a refund, which is in Event Organizer's sole and absolute discretion, the Purchaser shall be refunded an amount up to the face value of the Ticket(s) only. If Event Organizer elects to reschedule the Event for a future date, Purchaser shall not be entitled to a refund. Under no circumstances shall Purchaser be entitled to a refund of any shipping, handling or other processing and service fees. At all times prior to the Event, Event Organizer reserves all rights to cancel or postpone the Event or to change the Venue, artist lineup, times and dates of the Event, or other Event details without prior notice to Purchaser or Bearer. Event Organizer shall not be responsible for any exchange rate losses to Purchaser during the order or refund process. ALL TICKET SALES ARE FINAL. THERE SHALL BE NO TICKET REFUNDS AND/OR TICKET EXCHANGES. This Event is "Rain or Shine" and is "Standing Room Only."

7. **Assumption of Risk; Mitigation.**

a. Event Organizer assumes no legal, financial, or other liability whatsoever for any lost, stolen or destroyed Tickets. Upon delivery of Purchaser and/or Bearer's Tickets, Bearer assumes 100% risk of loss relating to the Tickets. If Bearer and/or Purchaser obtain Ticket(s) from any unauthorized source(s), Bearer and/or Purchaser assumes all risks associated with such Ticket(s), including that such Ticket(s) may have been reported lost or stolen or that such Ticket(s) may be counterfeit, and in all cases, such Ticket(s) shall be voidable and dishonored by Event Organizer in its sole and absolute discretion. The unlawful or prohibited resale or attempted resale of tickets is grounds for seizure of all or some of Bearer and/or Purchaser's Tickets and cancellation of this License without compensation to Bearer and/or Purchaser. Event Organizer may, in its sole and absolute discretion, cancel or relocate seating on an order for accessible seating that Event Organizer believes to be fraudulent. This Ticket may not be used for advertising, promotion (including, but not limited to, contests, sweepstakes, games and/or any other promotions), or other trade purposes without the express written consent of Event Organizer. Event Organizer also reserves the right to investigate orders suspected to be in violation of these Ticketing Terms and Conditions and shall be the sole and final arbiter regarding violations or potential violations hereunder.

b. Bearer hereby assumes any and all risks, whether or not expressly set forth herein, as well as any risks or dangers incidental to, or in any way relating to the Event, the purchase of tickets hereunder or use of the Site, including those arising from, or relating to, the acts or omissions of third parties (including Artists, Event attendees, Venue owners, operators, staff, employees or agents; or Event organizer, its affiliates, subsidiaries, officers, directors, employees, members, partners, agents or designees), including risk of loss or damage to Bearer's personal property and risks of personal injury. Event Organizer and its respective Indemnitees (as defined below), designees, successors or assigns shall not be held responsible, legally, financially or otherwise, (i) for any personal property that is left, lost, stolen, destroyed, confiscated, damaged or misplaced anywhere in the Venue or at Venue access/entry points, and (ii) for personal injuries sustained by Bearer arising from, or relating to, the following non-exhaustive list: extremely loud sounds and special effects, such as flashing lights, rapidly changing or alternating images, the use of fog, haze or smoke with theatrical stage lighting, laser projections, strobe lights and fireworks, whether such injuries or manifestation of such injuries occur during or subsequent to the Event.

c. Bearer and Purchaser further acknowledge and agree that Event Organizer shall have no legal obligation to mitigate any of its potential or actual losses sustained hereunder.

8. **Disclaimer of Warranty.** THIS SECTION SHALL APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW. EVENT ORGANIZER GRANTS THIS LICENSE TO ENTER THE VENUE ON AN "AS IS" BASIS AND GRANTS THIS LICENSE TO PURCHASE TICKETS ON AN "AS AVAILABLE" BASIS AND GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO THE AVAILABILITY OF TICKETS, THE PURCHASE OF TICKETS, THE EVENT, THE VENUE, OR THE ARTISTS.

9. **Indemnification.** Bearer and Purchaser shall defend, covenant not to sue, indemnify, and hold harmless and forever release, Event Organizer (EVENT ENTERTAINMENT GROUP, INC.), Ticketfreak, LLC, Ultra Enterprises Inc., sponsors, participants and artists, the City of Miami, Bayfront Park Management Trust, the U.S. Army Corps of Engineers and each of the above respective subsidiaries, affiliates, officials, officers, directors, principals, members, employees, personnel, authorized agents, predecessors, assigns, successors, licensees and designees (collectively "Indemnitees") from any and all injuries (whether personal injuries, property damage or otherwise), demands, suits, costs and/or claims relating in any way to the Event, the purchase of tickets hereunder or use of the Site.

10. **Event Organizer's Ownership of Work.** Bearer and Purchaser acknowledge and agree that (i) upon acceptance of the Terms and Conditions set forth herein and purchase of a Ticket(s) and (ii) upon entry to the Event, Event Organizer or its designee(s), successor(s), or assign(s) shall have the right to use, copy, sell, distribute, record, publish, republish, print, display, publicly perform, transmit, create derivative works or incorporate, translate or otherwise publicly use, for purposes of trade or for any commercial or advertising purpose or any sale, resale or other distribution of visual, audio or audiovisual productions, including broadcast, re-broadcast, photographs, aerial footage, live stream or other reproduction, articles of merchandise or any other medium, whether now existing or hereinafter developed, Bearer's name, image, portrait, photograph, voice and/or other likeness, without compensation or notification to, or additional consent by Bearer. Bearer further acknowledges and agrees that Event Organizer or its designee(s), successor(s) or assign(s) shall be the sole and exclusive owner of any such work in connection with the Venue or Event that contains Bearer's image, voice and/or likeness.

11. **Bearer's Conduct.** Event Organizer and the Venue maintain a zero-tolerance policy regarding illegal or illicit drug use at the Event. Bearer, in order to gain entry into the Venue, hereby affirmatively, knowingly, intelligently and voluntarily consents to be searched by Event Organizer for the presence of illegal or illicit drugs, weapons and/or other prohibited items prior to or during Bearer's presence at the Event or Venue. Event Organizer and the Venue maintain a zero-tolerance policy regarding lewd and lascivious behavior or conduct, including but not limited to, disorderly or violent behavior or vulgar or violent language. Bearer hereby acknowledges and agrees that the discovery of any prohibited items or such lewd and lascivious behavior shall constitute a violation of Event Organizer's policies and terms and conditions and shall correspondingly give Event Organizer the right to confiscate any such prohibited item(s) and/or correspondingly give Event Organizer the right to immediately revoke Bearer's License to access the Venue, and to deny Bearer any future entry to the Event or Venue without any legal or financial liability to Event Organizer.

12. **Disputes.** Bearer and Purchaser acknowledge and agree that any disputes arising from, or relating to Purchaser's purchase of Tickets hereunder or any relationship or dispute between Bearer and Event Organizer, Purchaser and Event Organizer, Bearer and any company or person employed by or which is affiliated with Event Organizer, or Purchaser and any company or person employed by or which is affiliated with Event Organizer (a "Dispute") shall only be resolved subject to FINAL AND BINDING ARBITRATION, and may only be resolved through an individual arbitration governed by the Federal Arbitration Act or by the applicable sections of the Florida Arbitration code. THE PARTIES TO THIS AGREEMENT GIVE UP THEIR RESPECTIVE RIGHTS TO GO TO COURT in connection with any Dispute and acknowledge and agree that such Dispute(s) will be determined by a NEUTRAL ARBITRATOR; NOT A JUDGE OR JURY. NO PARTY TO WHICH THIS AGREEMENT APPLIES SHALL BRING OR PARTICIPATE IN ANY CLASS ACTION OR OTHER CLASS PROCEEDING, INCLUDING CLASS ARBITRATION, IN CONNECTION WITH ANY DISPUTE. The parties shall participate in non-binding mediation at least 30 days before commencing any arbitration (or taking any other action if applicable). If the parties are unable to resolve a Dispute by informal means, the arbitration of Disputes will be administered by the American Arbitration Association (AAA) in accordance with Commercial Arbitration Rules, and if deemed appropriate by the arbitrator, the Supplementary Procedures for Consumer-Related Disputes. Such arbitration shall be conducted at the AAA office located in Miami, Florida. Any proceeding to enforce this arbitration agreement must be brought in the state court of Florida or, if jurisdiction permits, in the U.S. District Court in the Southern District of Florida with venue lying in Miami-Dade County.

13. **Governing Law; Venue.** This Agreement and all claims relating to, or arising out of this Agreement or the breach thereof, shall be governed and construed in accordance with the laws of the state of Florida, notwithstanding any contrary choice-of-law principles.

14. **Assignment; Entire Agreement.** Event Organizer shall, at all times, have the right to assign or delegate any or all of its rights,

titles, interests or duties hereunder without notification to, or consent by, Bearer and Purchaser. Bearer and Purchaser acknowledge and agree that the terms and conditions set forth herein, as supplemented by the terms and conditions on the Site, including the Payment Plan Terms and Conditions and prohibited items list, as amended from time to time by Event Organizer with or without notification to Bearer and Purchaser, and those additional policies published at the Venue, represent the entire agreement between Bearer, Purchaser and the Event Organizer with respect to the subject matter of this Agreement.

15. **Severability.** If any term or provision of this Agreement is found by a court of competent jurisdiction to be invalid, illegal or otherwise unenforceable, the unenforceable provision shall not affect the otherwise valid terms or provisions or the whole of this Agreement. The applicable terms or provisions shall be deemed modified to the extent necessary to render such provision enforceable, and the rights and obligations of the parties shall be construed and enforced accordingly, preserving to the fullest permissible extent, the intent and agreements of the parties set forth herein.



Don't have an account? Sign up to register for events, earn points, and more!

Enter your email address to get started...

GET STARTED ❯



March 20, 21, 22 — 2020
Bayfront Park
Downtown Miami, FL

15 days, 18:53:27

Tickets                    Ultra Worldwide

Case 1:20-cv-22495-RNS   Document 14-1   Entered on FLSD Docket 07/27/2020   Page 15 of 20

7/24/20, 3:06 PM

| | |
|---|---|
| Ticket Information | Road to Ultra |
| VIP Tables | RESISTANCE |
| Lineup | UMF Films |
| Resistance Miami | UMF TV |
| About | UMF Radio |
| Artists | |
| Previous Lineups | |
| Hotels | |
| Live Sets | |
| Sustainability | |
| Gallery | |
| Location & Hours | |
| First Timer's Guide | |
| Security Policies | |
| Media Application | |
| News | |
| Help | |
| Contact Us | |



FOLLOW

 MUSIC FOLLOW

© 2020 ULTRA ENTERPRISES INC. ALL RIGHTS RESERVED.

PRIVACY / TERMS

# EXHIBIT 2

# City of Miami, Florida



**ARTHUR NORIEGA, V**
CITY MANAGER



P.O. BOX 330708
MIAMI, FLORIDA 33233-0708
(305) 250-5400
FAX (305) 250-5410

March 5, 2020

**VIA CERTIFIED MAIL AND E-MAIL**

Event Entertainment Group, Inc.
201 S. Biscayne Blvd., #800
Miami, FL 33131

Re:   Ultra Music Festival ("Event") pursuant to Revocable License Agreement dated January 16, 2020 ("RLA") between the City of Miami ("City") and Event Entertainment Group, Inc. ("EEG")

General Counsel,

I write on behalf of the City regarding the above-mentioned matter. Pursuant to the RLA, EEG is to host the Event on March 20, 21, 22 at Bayfront Park.

On March 1, 2020, Florida Governor Ron DeSantis declared a public health emergency after two Florida residents tested positive for COVID-19, also known as coronavirus. Since Monday, a third Florida resident has been confirmed and an individual in New York who recently visited Florida have also been confirmed as testing positive for COVID-19. At this immediate moment, there are no recorded or reported cases of a City resident testing positive for COVID-19. Interim Guidance provided by the Centers for Disease Control and Prevention ("CDC") for Mass Gatherings or Large Community Events states that officials should have a plan before a COVID-19 outbreak occurs in our community. More specifically, CDC's guidance states:

> A COVID-19 outbreak could last for a long time. Depending on the severity of the outbreak, public health officials may recommend community actions designed to limit exposure to COVID-19. Officials may ask you to modify, postpone, or cancel large events for the safety and well-being of your event staff, participants, and the community. The details of your emergency operations plan should be based on the size and duration of your events, demographics of the participants, complexity of your event operations, and type of on-site services and activities your event may offer.

Pursuant to Section 4.14 of the RLA, EEG is to provide a Safety and Security Plan ("Plan"). The Plan "shall include, without limitation: any other necessary safety and security components required by the City's Police and Fire departments." Due to the imminent threat of COVID-19 and following CDC Interim Guidance, I was advised by Fire Chief Joseph Zahralban that there is no life safety plan that the Event host, nor the City, can prepare that would ensure, with some certainty, to limit the exposure of COVID-19 to individuals working or attending the Event, as well as others in the immediate area of the Event.

Event Entertainment Group, Inc.
March 5, 2020
Page 2

Accordingly, for the well-being of our community, employees, and visitors, I am requiring that the Event be postponed and cannot allow EEG access to Bayfront Park for the Event at this time. Please provide alternate dates in which EEG could host the Event outside of March and April of 2020 which the City would be happy to review and consider.

Sincerely,

Arthur Noriega, V
City Manager



March 5, 2020

**VIA CERTIFIED MAIL AND E-MAIL**

Arthur Noriega, V
City Manager
City of Miami, Florida
3500 Pan American Drive
Miami, Florida 33133

       Re:    Ultra Music Festival ("Event") pursuant to Revocable License Agreement dated January 16, 2020 ("RLA") between the City of Miami ("City") and Event Entertainment Group, Inc. ("EEG")

Dear City Manager Noriega:

    We are in receipt of your letter, dated today, March 5, 2020, in which the City of Miami has directed EEG not to proceed with the 2020 Event as scheduled and, as such, the City shall not provide EEG with access to Bayfront Park. The City has indicated that because of a natural calamity (namely, the existence of the Coronavirus) and based on a determination by the City of Miami Fire Department that there is no life safety plan that the City could ever approve, it is impossible for the parties to perform their respective obligations under the Agreement and, therefore, the City has invoked the Force Majeure provision under Section 27 of the Agreement. EEG respectfully requests that the City, by separate correspondence, acknowledge that the City is formally invoking the Force Majeure provision.

    In light of the City's invocation of the Force Majeure provision, EEG has undertaken an analysis of the RLA and the various dates that may be available for the production of the rescheduled Event. EEG is cognizant of the requirement in the RLA (Section 2.7) that the annual Event occur in a single weekend in March. Given this contractual limitation, the unique nature and overall complexity of the Event, the earliest possible date to which the Event can be rescheduled is March 26, 27, and 28, 2021.

    EEG would ask that your office confirm in writing that, pursuant to Section 27 of the Agreement (Force Majeure), the City shall reschedule the Event for March 26, 27, and 28, 2021, at Bayfront Park in accordance with the terms of the RLA.

                                                             Sincerely,

                                                           Sandy York, General Counsel
                                                           Event Entertainment Group, Inc.

cc:    City Attorney                              Director of Real Estate & Asset Management
        City of Miami                              City of Miami
        444 SW 2nd Avenue, Suite 945       444 SW 2nd Avenue, 3rd Floor
        Miami, Florida 33130                     Miami, Florida 33130

# City of Miami, Florida

**ARTHUR NORIEGA, V**
CITY MANAGER

P.O. BOX 330708
MIAMI, FLORIDA 33233-0708
(305) 250-5400
FAX (305) 250-5410

March 6, 2020

**VIA CERTIFIED MAIL AND E-MAIL**

Event Entertainment Group, Inc.
201 S. Biscayne Blvd., #800
Miami, Florida 33131

Re:   Ultra Music Festival ("Event") pursuant to Revocable License Agreement dated January 16, 2020 ("RLA") between the City of Miami ("City") and Event Entertainment Group, Inc. ("EEG")

Dear General Counsel,

I am in receipt of your letter dated March 5 2020, in which EEG states the earliest possible date to perform would be March 26, 27, and 28 2021 at Bayfront Park.

Section 27 of the RLA defines a Force Majeure event "as any event whereby the Property and/or Premises, or any respective portion thereof, shall be destroyed, damaged, and/or otherwise not accessible for the uses contemplated under this Agreement, and such destruction, damage, and/or inaccessibility of all or part of the respective Premises and/or Property is a result of an event beyond the Parties' respective control." Due to the Florida Governor's declaration of a public health emergency and Centers for Disease Control and Prevention's Interim Guidance for COVID-19, it is impossible for the City to provide access to Bayfront Park ("Property") at this time for an event with 55,000 attendees. Equally, due to Section 2.7 of the RLA, which provides EEG a limited time for the Event, it is impossible for EEG to reschedule its 2020 Event outside of the calendar month of March.

Consequently, the City agrees the current and imminent public health threat of COVID-19 and the RLA's terms pose a Force Majeure event pursuant to the RLA. Accordingly, pursuant to the RLA, the Event shall be rescheduled to March 26, 27, and 28, 2021. The City agrees its obligations as to Property access and EEG's obligations with respect to payment pursuant to the RLA will be deemed modified to correspond to such modified dates.

Sincerely,

Arthur Noriega, V
City Manager

cc:   Mayor and Members of the City Commission
Victoria Mendez, City Attorney
Joseph Zahralban, Chief of Fire
Jorge Colina, Chief of Police
Daniel Rotenberg, Director of Real Estate and Asset Management
Jose Solano, Executive Director of Bayfront Park Management Trust