UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-CV-22495-RNS**

SAMUEL HERNANDEZ, RICHARD MONTOURE, and MARCY BROOKS on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

EVENT ENTERTAINMENT GROUP, INC.,

        Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Samuel Hernandez and Richard Montoure voluntarily dismiss all of their claims with prejudice. This dismissal is on an individual basis only, without prejudice to any claims of any other putative class members, and is being filed prior to the filing of any motion for class certification. Therefore, neither Court approval nor notice to the class is required.

With this dismissal, all claims as to all parties in this matter have been disposed of and this matter can be closed in its entirety.

Dated:  August 18, 2021   Respectfully submitted,

*/s/Adam M. Schachter*
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

Bryan L. Clobes *(pro hac vice)*
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
205 N. Monroe St.
Media, PA 19063
Telephone: (215) 864-2800
Facsimile: (215) 964-2808
Email: bclobes@caffertyclobes.com

Daniel O. Herrera *(pro hac vice)*
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
150 S. Wacker Dr., Suite 3000
Chicago, Illinois 60606
Telephone: (312)782-4880
Facsimile: (312)782-7785
Email: dherrera@caffertyclobes.com

Joseph G. Sauder *(pro hac vice)*
SAUDER SCHELKOPF LLC
1109 Lancaster Ave.
Berwyn, PA 19312
Telephone: (888) 711-9975
Facsimile: (610) 421-1326
Email: jgs@sstriallawyers.com

*Counsel for Plaintiffs*