United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Marcy Brooks, Richard Montoure, and Samuel Hernandez, on behalf of themselves and all others similarly situated, Plaintiffs,<br><br>v.<br><br>Event Entertainment Group, Inc., Defendant. | Civil Action No. 20-22495-Civ-Scola |

### Order of Dismissal

The Plaintiffs have dismissed this case with prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Vol. Dismissal, ECF No. 43; Not. of Vol. Dismissal, ECF No. 44.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on August 31, 2021.

Robert N. Scola, Jr.
United States District Judge